MINUTE ENTRY
CURRAULT, M.J.
DECEMBER 13, 2023

**MJSTAR:** 2:47

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMBER NARRO, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 23-718 |
| STATE FARM FIRE & CASUALTY COMPANY | * | SECTION "I" (2) |

A settlement conference was conducted on this date before the undersigned magistrate judge. After extensive settlement discussions with the parties and counsel, the court was advised that a settlement has been reached. The material terms of settlement were recited on the court record, and all parties and their counsel confirmed their agreement to same. By copy of this minute entry, Judge Africk is advised so that he may enter an appropriate 60-day conditional dismissal order.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. LANCE M. AFRICK**